# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>DEMARIO F. EDWARDS,<br><br>　　　Defendant. | Case No. 2:12-CR-0175-KJD-VCF<br><br>**ORDER** |

　　　Before the Court is Defendant Demario F. Edwards' Unopposed Motion to Withdraw Guilty Plea (#113). Defendant pled guilty under the collective understanding that his Nevada state attempted burglary conviction was a "crime of violence" under U.S.S.G. §4B1.2(a). However, subsequent to Defendant's plea, the Ninth Circuit decided United States v. Edwards, which indicates that Defendant's prior conviction was not a "crime of violence." 12-10204, 2013 WL 4105532 (9th Cir. Aug. 15, 2013). The Government concedes that this intervening change constitutes a "fair and just" reason for withdrawal. United States v. Ortega-Ascanio, 376 F.3d 879, 883 (9th Cir. 2004). Having reviewed the Motion and good cause appearing, Defendant's Motion to Withdraw Guilty Plea (#113) is **HEREBY GRANTED**.

　　　DATED this 28th day of October 2013.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　United States District Judge