UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-175-KJD-VCF |
| Plaintiff, | |
| v. | ORDER |
| DEMARIO EDWARDS, | |
| Defendant. | |

Before the Court is Defendant Edwards' Motion to Correct Sentence via Credit for Time Served (#132). The Government responded but did not oppose the motion (#133). Rather, the Government noted the unique factual circumstances, as well as the expectations of the parties and the intention of the Court, and asks the Court to vacate Defendant's judgment and enter an amended judgment sentencing Defendant to 13 months' imprisonment to commence on the date the Court originally entered the judgment, February 5, 2014, with all other terms to remain identical.

Good cause appearing, it is so **ORDERED**. Defendant's judgment is **HEREBY VACATED** and an amended judgment comporting with the terms above will issue shortly.

DATED this 11th day of August 2014.

_____
Kent J. Dawson
United States District Judge