UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-175-KJD-VCF |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DEMARIO EDWARDS, | |
| Defendant. | |

Before the Court is Defendant Edwards' letter received October 3, 2014. The Court cannot and will not consider ex parte communications. If Defendant desires this Court to take any action on his behalf, he must file a motion through his attorney, or if he has no attorney, he must file the motion *pro se*. This process has the additional benefit of providing the government an opportunity to respond. **IT IS SO ORDERED**.

DATED this 7th day of October 2014.

_____
Kent J. Dawson
United States District Judge